B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of Washington | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Build Modern Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA NCM; DBA Next Century Modern** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-0767312** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3514 West Government Way**<br>**Seattle, WA**<br>ZIP Code **98199** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**King** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Build Modern Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Build Modern Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X **/s/ Michael M. Feinberg**
Signature of Attorney for Debtor(s)

**Michael M. Feinberg 11811**
Printed Name of Attorney for Debtor(s)

**Karr Tuttle Campbell**
Firm Name

**701 Fifth Avenue
Suite 3300
Seattle, WA 98104**

Address

**206 223 1313  Fax: 206 682 7100**
Telephone Number

**September 30, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Rick Ward**
Signature of Authorized Individual

**Rick Ward**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 30, 2015**
Date

**BUILD MODERN INC.**

**WRITTEN CONSENT OF SOLE DIRECTOR
IN LIEU OF SPECIAL MEETING**

The undersigned being the sole director of **BUILD MODERN INC.**, a Washington corporation (the "*Corporation*"), acting without a meeting and in his capacity as sole director, hereby: (i) adopts the following corporate resolutions in lieu of holding a special meeting; (ii) consents to the taking of the actions set forth in said resolutions; (iii) waives any notice required for the adoption of said resolutions or for the taking of said actions; and (iv) directs that this unanimous written consent be delivered to the Corporation for inclusion in its minutes or filing with its corporate records:

**RECITAL**

The sole director deems it is in the best interests of this Corporation and its shareholders to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code.

**THEREFORE**, it is hereby

**RESOLVED,** that Rick Ward, President and CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation.

**FURTHER RESOLVED,** that Rick Ward, President and CEO of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case.

**FURTHER RESOLVED,** that Rick Ward, President and CEO of this Corporation, is authorized and directed to employ the law firm of Karr Tuttle Campbell to represent the Corporation in such bankruptcy case.

**FURTHER RESOLVED** that the Corporation is authorized to pay a retainer totaling Thirty-Five Thousand U.S. Dollars ($35,000) to the law firm of Karr Tuttle Campbell.

**RICK WARD,** Director
Dated: September 30, 2015

**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## Western District of Washington

In re **Build Modern Inc.**
Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Advanced Ditching & Excavation**<br>**c/o Ron Wirtz**<br>**1031 12th Avenue North**<br>**Edmonds, WA 98020** | **Advanced Ditching & Excavation**<br>**c/o Ron Wirtz**<br>**1031 12th Avenue North**<br>**Edmonds, WA 98020** | **Trade Debt**<br>**Spec Projects:2460**<br>**Crestmont Pl W** | | **Unknown** |
| **Alki Lumber and Hardware Co.**<br>**4422 36th Ave. SW**<br>**PO Box 16345**<br>**Seattle, WA 98116** | **Alki Lumber and Hardware Co.**<br>**4422 36th Ave. SW**<br>**PO Box 16345**<br>**Seattle, WA 98116** | **Trade Debt**<br>**Spec Projects:2460**<br>**Crestmont Pl W** | | **Unknown** |
| **Avid Landscape Design & Dev.**<br>**1413 N 136th St.**<br>**Seattle, WA 98133** | **Avid Landscape Design & Dev.**<br>**1413 N 136th St.**<br>**Seattle, WA 98133** | **Trade Debt** | | **411.75** |
| **Better Buildings LLC**<br>**21400 13th Ave. S**<br>**Seattle, WA 98198** | **Better Buildings LLC**<br>**21400 13th Ave. S**<br>**Seattle, WA 98198** | **Trade Debt**<br>**Spec Projects:2460**<br>**Crestmont Pl W** | | **6,553.53** |
| **Christopfel, Robert A CPA**<br>**85 S Main St.**<br>**Seattle, WA 98104** | **Christopfel, Robert A CPA**<br>**85 S Main St.**<br>**Seattle, WA 98104** | **Services** | | **4,275.00** |
| **Dunn Lumber Co. Inc.**<br>**PO Box 45550**<br>**Seattle, WA 98145** | **Dunn Lumber Co. Inc.**<br>**PO Box 45550**<br>**Seattle, WA 98145** | **Trade Debt**<br>**Spec Projects:2460**<br>**Crestmont Pl W** | | **864.55** |
| **Everett Steel Inc.**<br>**PO Box 776**<br>**Everett, WA 98206** | **Everett Steel Inc.**<br>**PO Box 776**<br>**Everett, WA 98206** | **Trade Debt**<br>**Spec Projects:2460**<br>**Crestmont Pl W** | | **3,395.17** |
| **Garvey Schubert Barer**<br>**1191 Second Avenue, Ste. 1800**<br>**Seattle, WA 98101** | **Garvey Schubert Barer**<br>**1191 Second Avenue, Ste. 1800**<br>**Seattle, WA 98101** | **Services** | | **11,917.55** |
| **Goldfinch Bros., Inc.**<br>**2812 Rucker Ave.**<br>**Everett, WA 98201** | **Goldfinch Bros., Inc.**<br>**2812 Rucker Ave.**<br>**Everett, WA 98201** | **Trade Debt**<br>**Spec Projects:2460**<br>**Crestmont Pl W** | | **10,820.99** |
| **Hanson & Sons**<br>**PO Box 244**<br>**Snohomish, WA 98291** | **Hanson & Sons**<br>**PO Box 244**<br>**Snohomish, WA 98291** | **Trade Debt**<br>**Spec Projects:2460**<br>**Crestmont Pl W** | | **1,687.84** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Build Modern Inc.**                                         Case No.  _____

_____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Honey Bucket**<br>**PO Box 73399**<br>**Puyallup, WA 98373** | **Honey Bucket**<br>**PO Box 73399**<br>**Puyallup, WA 98373** | **Trade Debt**<br>**Spec Projects:2460**<br>**Crestmont Pl W** | | **118.25** |
| **King County Treasury**<br>**Attn: Linda Crane Nelsen**<br>**500 4th Ave #600**<br>**Seattle, WA 98104** | **King County Treasury**<br>**Attn: Linda Crane Nelsen**<br>**500 4th Ave #600**<br>**Seattle, WA 98104** | **Property taxes** | | **6,251.58** |
| **Liberty Mutual Insurance Co**<br>**PO Box 85834**<br>**San Diego, CA 92186** | **Liberty Mutual Insurance Co**<br>**PO Box 85834**<br>**San Diego, CA 92186** | **Trade Debt**<br>**Spec Projects:2460**<br>**Crestmont Pl W** | | **887.70** |
| **Marilyn's Recycle Inc**<br>**18525 W Snoq. River Rd NE**<br>**Duvall, WA 98019** | **Marilyn's Recycle Inc**<br>**18525 W Snoq. River Rd NE**<br>**Duvall, WA 98019** | **Trade Debt**<br>**Spec Projects:2460**<br>**Crestmont Pl W** | | **2,750.00** |
| **PFV I, LLC**<br>**1420 Fifth Avenue, Ste. 4100**<br>**Seattle, WA 98101** | **PFV I, LLC**<br>**1420 Fifth Avenue, Ste. 4100**<br>**Seattle, WA 98101** | **2460 CRESTMONT PL W, Seattle WA**<br>**Parcel No: 137080-2190, currently under construction, estimated value upon completion $4,000,000.** | | **2,883,277.00**<br><br>**(1,800,000.00 secured)** |
| **Right Way Plumbing LLC**<br>**PO Box 66712**<br>**Seattle, WA 98166** | **Right Way Plumbing LLC**<br>**PO Box 66712**<br>**Seattle, WA 98166** | **Trade Debt**<br>**Spec Projects:2460**<br>**Crestmont Pl W** | | **8,401.51** |
| **Rock Quality Construction Inc**<br>**16541 Redmond Way, PMB 136**<br>**Redmond, WA 98052** | **Rock Quality Construction Inc**<br>**16541 Redmond Way, PMB 136**<br>**Redmond, WA 98052** | **Trade Debt** | | **4,507.97** |
| **Roof Doctors**<br>**PO Box 48321**<br>**Seattle, WA 98166** | **Roof Doctors**<br>**PO Box 48321**<br>**Seattle, WA 98166** | **Trade Debt** | | **12,987.60** |
| **Sherwin Williams**<br>**1436 Leary Ave. NW**<br>**Seattle, WA 98107** | **Sherwin Williams**<br>**1436 Leary Ave. NW**<br>**Seattle, WA 98107** | **Trade Debt** | | **151.64** |
| **Taylor Metal, Inc.**<br>**4566 Ridge Dr. NE**<br>**Salem, OR 97301** | **Taylor Metal, Inc.**<br>**4566 Ridge Dr. NE**<br>**Salem, OR 97301** | **Trade Debt**<br>**Spec Projects:2460**<br>**Crestmont Pl W** | | **4,932.14** |

In re **Build Modern Inc.** Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 30, 2015**      Signature   **/s/ Rick Ward**

**Rick Ward**

**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re  **Build Modern Inc.**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2323 EYRES PL W, Seattle WA, 98199**<br> **Parcel No. 137080-0545** | **Fee simple** | - | **2,370,000.00** | **2,356,072.00** |
| **2460 CRESTMONT PL W, Seattle  WA**<br> **Parcel No: 137080-2190** | **Fee simple** | - | **1,800,000.00** | **2,883,277.00** |

| | | |
|---|---|---|
| Sub-Total > | **4,170,000.00** | (Total of this page) |
| Total > | **4,170,000.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Build Modern Inc.**                                                                    ,     Case No. _____

                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Deed of Trust cross collateralized with 4460 Crestmont Pl. W.** | | | | | |
| **PFV I, LLC** **1420 Fifth Avenue, Ste. 4100** **Seattle, WA 98101** | | - | **2323 EYRES PL W, Seattle WA, 98199** **Parcel No. 137080-0545** **Also cross collaterized with property owned by 360 Degrees Modern, LLC** | | | | | |
| | | | Value $                        **2,370,000.00** | | | | 2,356,072.00 | 0.00 |
| Account No. | | | **Deed of Trust Cross Collateralized with 2323 Eyres Pl. W.** | | | | | |
| **PFV I, LLC** **1420 Fifth Avenue, Ste. 4100** **Seattle, WA 98101** | | - | **2460 CRESTMONT PL W, Seattle  WA** **Parcel No: 137080-2190, currently under construction, estimated value upon completion $4,000,000.** | | | | | |
| | | | Value $                        **1,800,000.00** | | | | 2,883,277.00 | 1,083,277.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

|  | Subtotal (Total of this page) | 5,239,349.00 | 1,083,277.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 5,239,349.00 | 1,083,277.00 |

B6E (Official Form 6E) (4/13)

In re   **Build Modern Inc.**                                                                    ,     Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**      continuation sheets attached

In re **Build Modern Inc.** ,                    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Internal Revenue Service** **Centralized Insolvency Ops** **PO Box 7346** **Philadelphia, PA 19101-7346** | - | | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| **Internal Revenue Services** **Attn: Chief, Special Procedure** **915 Second Avenue, M/S W244** **Seattle, WA 98174** | - | | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. **137080219009** | | | on/around 4/1/2015 Property taxes | | | | | |
| **King County Treasury** **Attn: Linda Crane Nelsen** **500 4th Ave #600** **Seattle, WA 98104** | - | | | | | | | Unknown |
| | | | | | | | 6,251.58 | Unknown |
| Account No. | | | | | | | | |
| **United States Attorney** **Attn: Bankruptcy Assistant** **US Courthouse** **700 Stewart St, RM 5220** **Seattle, WA 98101** | - | | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| **WA State Dept. of L & I** **Bankruptcy & Specialty Collect** **P.O. Box 44171** **Olympia, WA 98504-4170** | - | | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet _1_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 6,251.58 | 0.00 |

In re **Build Modern Inc.** ,                    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **WA State Dept. of Revenue Bankruptcy/Claims Unit 2101 4th Ave #1400 Seattle, WA 98121** | - | | | | | | Unknown / **Unknown** | **Unknown** / **0.00** |
| Account No. | | | | | | | | |
| **WA State Employment Security Department, UI Tax Admin P.O. BOX 9046 Olympia, WA 98507-9046** | - | | | | | | Unknown / **Unknown** | **Unknown** / **Unknown** |
| Account No. | | | | | | | | |
| **WA. State - Attorney General Bankruptcy & Collections Unit 800 Fifth Ave. Ste #2000 Seattle, WA 98104** | - | | | | | | Unknown / **Unknown** | **Unknown** / **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **0.00** | **0.00** / **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **6,251.58** | **0.00** / **0.00** |

B6F (Official Form 6F) (12/07)

In re __Build Modern Inc._____,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**360 Modern, LLC**<br>**c/o KTC Service Corp.**<br>**701 5th Avenue, Ste. 3300**<br>**Seattle, WA 98104** | | - | | **NOTICE ONLY** | | | | **0.00** |
| Account No.<br><br>**Advanced Ditching & Excavation**<br>**c/o Ron Wirtz**<br>**1031 12th Avenue North**<br>**Edmonds, WA 98020** | | - | | on/around 3/12/2015<br><br>**Trade Debt**<br>**Spec Projects:2460 Crestmont Pl W** | | | | **Unknown** |
| Account No.<br><br>**Alki Lumber and Hardware Co.**<br>**4422 36th Ave. SW**<br>**PO Box 16345**<br>**Seattle, WA 98116** | | - | | on/around 3/3/2015<br><br>**Trade Debt**<br>**Spec Projects:2460 Crestmont Pl W** | | | | **Unknown** |
| Account No. 024924140609<br><br>**Ally Auto**<br>**PO Box 78234**<br>**Phoenix, AZ 85062-8234** | | - | | **Possible deficiency re:**<br>**lease of 2015 Tesla** | | | | **Unknown** |

__10__  continuation sheets attached

                                                        Subtotal        **0.00**
                                                    (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          S/N:39632-150916   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Build Modern Inc.**                                      ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **611921782747** | | | | | Possible deficiency re: lease of 2015 GMC Arcadia | | | | |
| **Ally Auto** PO Box 78234 Phoenix, AZ 85062-8234 | | - | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. **013107** | | | | | on/around 1/6/2015 | | | | |
| **Atlas Construction Specialties** PO Box 1245 Sumner, WA 98390 | | - | | | Trade Debt Spec Projects:2460 Crestmont Pl W | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Trade Debt | | | | |
| **Avid Landscape Design & Dev.** 1413 N 136th St. Seattle, WA 98133 | | - | | | | | | | |
| | | | | | | | | | **411.75** |
| Account No. | | | | | on/around 9/3/2015 | | | | |
| **Baan Design** 1541 Magnolia Blvd Seattle, WA 98199 | | - | | | Trade Debt Spec Projects:2460 Crestmont Pl W | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | on/around 4/25/2015 | | | | |
| **Better Buildings LLC** 21400 13th Ave. S Seattle, WA 98198 | | - | | | Trade Debt Spec Projects:2460 Crestmont Pl W | | | | |
| | | | | | | | | | **6,553.53** |

Sheet no. __1__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,965.28**

B6F (Official Form 6F) (12/07) - Cont.

In re **Build Modern Inc.** ,                                    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Services | | | | |
| Christopfel, Robert A CPA 85 S Main St. Seattle, WA 98104 | - | | | | | | | | 4,275.00 |
| Account No. | | | | | on/around 8/26/2015 | | | | |
| Citadel Electric LLC 39124 SE Epsilon St. Snoqualmie, WA 98065 | - | | | | Trade Debt Spec Projects:2460 Crestmont Pl W | | | | Unknown |
| Account No. | | | | | Trade debt | | | | |
| City of Seattle Attn: Thomas M. A. Castagna 701 Fifth Avenue, Suite 2050 Seattle, WA 98104-7097 | - | | | | | | | | Unknown |
| Account No. | | | | | on/around 3/22/2015 | | | | |
| City of Seattle DPD 700 Fifth Ave., Ste. 2000 Seattle, WA 98104 | - | | | | Building permits | | | | Unknown |
| Account No. | | | | | Street use service charge | | | | |
| City of Seattle SDOT 700 Fifth Avenue, Suite 3800 Seattle, WA 98104 | - | | | | | | | | Unknown |

Sheet no. __2__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      4,275.00

In re **Build Modern Inc.**, Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Convoy Supply Inc.**<br>**5804 204th St. SW**<br>**Lynnwood, WA 98036** | - | | | on/around 1/22/2015<br><br>**Trade Debt**<br>**Spec Projects:2460 Crestmont Pl W** | | | | Unknown |
| Account No. **B000259**<br><br>**Dunn Lumber Co. Inc.**<br>**PO Box 45550**<br>**Seattle, WA 98145** | - | | | on/around 4/22/2015<br><br>**Trade Debt**<br>**Spec Projects:2460 Crestmont Pl W** | | | | 864.55 |
| Account No.<br><br>**Everett Concrete Cutting Inc**<br>**PO Box 1751**<br>**Sumner, WA 98390** | - | | | **Trade Debt** | | | | Unknown |
| Account No.<br><br>**Everett Steel Inc.**<br>**PO Box 776**<br>**Everett, WA 98206** | - | | | on/around 7/22/2015<br><br>**Trade Debt**<br>**Spec Projects:2460 Crestmont Pl W** | | | | 3,395.17 |
| Account No.<br><br>**Evergreen Concrete Cutting Inc**<br>**767 Valentine Ave SE**<br>**Pacific, WA 98047** | - | | | on/around 9/15/2015<br><br>**Trade Debt**<br>**Spec Projects:2460 Crestmont Pl W** | | | | Unknown |

Sheet no. __3__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 4,259.72

B6F (Official Form 6F) (12/07) - Cont.

In re    **Build Modern Inc.**                                          ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | on/around 1/13/2015 | | | | |
| **Frost Construction** 3232 32nd Ave W Seattle, WA 98199 | | - | | Trade Debt Spec Projects:2460 Crestmont Pl W | | | | Unknown |
| Account No. | | | | on/around 6/17/2015 | | | | |
| **Fruhling, Inc.** 754 NE 175th St. Kenmore, WA 98028 | | - | | Trade Debt Spec Projects:2460 Crestmont Pl W | | | | Unknown |
| Account No. | | | | Services | | | | |
| **Garvey Schubert Barer** 1191 Second Avenue, Ste. 1800 Seattle, WA 98101 | | - | | | | | | 11,917.55 |
| Account No. | | | | on/around 3/30/2015 | | | | |
| **Goldfinch Bros., Inc.** 2812 Rucker Ave. Everett, WA 98201 | | - | | Trade Debt Spec Projects:2460 Crestmont Pl W | | | | 10,820.99 |
| Account No. | | | | on/around 9/14/2015 | | | | |
| **Grating Pacific LLC** 19411 66th Ave S Kent, WA 98032 | | - | | Trade Debt Spec Projects:2460 Crestmont Pl W | | | | Unknown |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,738.54

In re **Build Modern Inc.** _____,   Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Hanson & Sons** <br>**PO Box 244** <br>**Snohomish, WA 98291** | - | | on/around 5/14/2015 <br><br>**Trade Debt** <br>**Spec Projects:2460 Crestmont Pl W** | | | | **1,687.84** |
| Account No. **2903279** <br><br>**Hertz Equipment Rental** <br>**PO Box 650280** <br>**Dallas, TX 75265** | - | | on/around 8/3/2015 <br><br>**Trade Debt** <br>**Spec Projects:2460 Crestmont Pl W** | | | | **Unknown** |
| Account No. <br><br>**Honey Bucket** <br>**PO Box 73399** <br>**Puyallup, WA 98373** | - | | on/around 3/30/2015 <br><br>**Trade Debt** <br>**Spec Projects:2460 Crestmont Pl W** | | | | **118.25** |
| Account No. <br><br>**Kelly Byrne & Jacqueline Byrne** <br>**2206 Eastmont Way W** <br>**Seattle, WA 98199** | - | | | | | | **0.00** |
| Account No. <br><br>**KenCo of Washington, Inc.** <br>**PO Box 2230** <br>**Issaquah, WA 98027** | - | | on/around 1/15/2015 <br><br>**Trade Debt** <br>**Spec Projects:2460 Crestmont Pl W** | | | | **Unknown** |

Sheet no. __5__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br>(Total of this page)   **1,806.09**

B6F (Official Form 6F) (12/07) - Cont.

In re **Build Modern Inc.** _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **001038750** | | | | | on/around 2/10/2015 | | | | |
| **Liberty Mutual Insurance Co** PO Box 85834 San Diego, CA 92186 | - | | | | **Trade Debt** **Spec Projects:2460 Crestmont Pl W** | | | | |
| | | | | | | | | | 887.70 |
| Account No. | | | | | on/around 2/6/2015 | | | | |
| **Marilyn's Recycle Inc** 18525 W Snoq. River Rd NE Duvall, WA 98019 | - | | | | **Trade Debt** **Spec Projects:2460 Crestmont Pl W** | | | | |
| | | | | | | | | | 2,750.00 |
| Account No. | | | | | on/around 1/5/2015 | | | | |
| **Northern Investors Co.** PO Box 33610 Seattle, WA 98133 | - | | | | **Trade Debt** **Spec Projects:2460 Crestmont Pl W** | | | | |
| | | | | | | | | | Unknown |
| Account No. **132297** | | | | | on/around 1/2/2015 | | | | |
| **Northwest Cascade** PO Box 73399 Puyallup, WA 98373 | - | | | | **Trade Debt** **Spec Projects:2460 Crestmont Pl W** | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | on/around 2/6/2015 | | | | |
| **Northwest Mechanical Inc.** 3204 NE 145th Street Seattle, WA 98155 | - | | | | **Trade Debt** **Spec Projects:2460 Crestmont Pl W** | | | | |
| | | | | | | | | | Unknown |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,637.70

B6F (Official Form 6F) (12/07) - Cont.

In re **Build Modern Inc.** _____,  Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Plywood Supply Inc.**<br>**PO Box 82300**<br>**Kenmore, WA 98028** | - | | | on/around 1/25/2015<br><br>**Trade Debt**<br>**Spec Projects:2460 Crestmont Pl W** | | | | **Unknown** |
| Account No.<br><br>**Ralph's Concrete Pumping Inc**<br>**1529 Ranier Ave. S**<br>**Seattle, WA 98144** | - | | | on/around 3/10/2015<br><br>**Trade Debt**<br>**Spec Projects:2460 Crestmont Pl W** | | | | **Unknown** |
| Account No.<br><br>**RH Winters Co. Inc.**<br>**1422 NW 85th St.**<br>**Seattle, WA 98117** | - | | | on/around 4/1/2015<br><br>**Trade Debt**<br>**Spec Projects:2460 Crestmont Pl W** | | | | **Unknown** |
| Account No.<br><br>**Rick Ward**<br>**2655 38th Ave. W**<br>**Seattle, WA 98199** | - | | | | | | | **0.00** |
| Account No.<br><br>**Right Way Plumbing LLC**<br>**PO Box 66712**<br>**Seattle, WA 98166** | - | | | on/around 2/15/2015<br><br>**Trade Debt**<br>**Spec Projects:2460 Crestmont Pl W** | | | | **8,401.51** |

Sheet no. __7__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,401.51**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Build Modern Inc.**_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Trade Debt | | | | |
| **Rock Quality Construction Inc** **16541 Redmond Way, PMB 136** **Redmond, WA 98052** | | | | | | | | **4,507.97** |
| Account No. | | - | | Trade Debt | | | | |
| **Roof Doctors** **PO Box 48321** **Seattle, WA 98166** | | | | | | | | **12,987.60** |
| Account No. | | - | | on/around 3/3/2015 Trade Debt Spec Projects:2460 Crestmont Pl W | | | | |
| **Salmon Bay Sand & Gravel Co** **PO Box 70328** **Seattle, WA 98127** | | | | | | | | **Unknown** |
| Account No. | | - | | on/around 6/16/2015 Service - electricity Spec Projects:2460 Crestmont Pl W | | | | |
| **Seattle City Light** **Attn: Dept. of Finance** **PO Box 34027** **Seattle, WA 98124** | | | | | | | | **Unknown** |
| Account No. | | - | | on/around 8/14/2015 Service - Water Spec Projects:2460 Crestmont Pl W | | | | |
| **Seattle Public Utilitiues** **Attn: Dept. of Finance** **PO Box 34016** **Seattle, WA 98124** | | | | | | | | **Unknown** |

Sheet no. __**8**___ of __**10**___ sheets attached to Schedule of              Subtotal              **17,495.57**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Build Modern Inc.**                                                                 ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | on/around 7/30/2015 | | | | |
| Seattle Recycle & Disposal | - | | | | Trade Debt<br>Spec Projects:2460 Crestmont Pl W | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Trade Debt | | | | |
| Sherwin Williams<br>1436 Leary Ave. NW<br>Seattle, WA 98107 | - | | | | | | | | |
| | | | | | | | | | **151.64** |
| Account No. | | | | | on/around 6/2/2015 | | | | |
| Spore Architecture<br>810 3rd Ave. Ste. 120<br>Seattle, WA 98104 | - | | | | Trade Debt<br>Spec Projects:2460 Crestmont Pl W | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | on/around 2/13/2015 | | | | |
| Swenson Say Faget Inc<br>2124 Third Ave., Ste. 100<br>Seattle, WA 98121 | - | | | | Trade Debt<br>Spec Projects:2460 Crestmont Pl W | | | | |
| | | | | | | | | | **Unknown** |
| Account No. 128406 | | | | | on/around 8/5/2015 | | | | |
| Tacoma Screw Products Inc<br>2001 Center Street<br>Tacoma, WA 98409 | - | | | | Trade Debt<br>Spec Projects:2460 Crestmont Pl W | | | | |
| | | | | | | | | | **Unknown** |

Sheet no. __9__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **151.64**

B6F (Official Form 6F) (12/07) - Cont.

In re **Build Modern Inc.** _____ ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Taylor Metal, Inc.** <br>**4566 Ridge Dr. NE** <br>**Salem, OR 97301** | | - | on/around 8/26/2015 <br><br>**Trade Debt** <br>**Spec Projects:2460 Crestmont Pl W** | | | | **4,932.14** |
| Account No. <br><br>**Terry Gaston Excavating** <br>**31665 Military Road So.** <br>**Auburn, WA 98001** | | - | on/around 2/26/2015 <br><br>**Trade Debt** <br>**Spec Projects:2460 Crestmont Pl W** | | | | **Unknown** |
| Account No. <br><br>**Valley Construction Supply Inc** <br>**PO Box 1179** <br>**Milton, WA 98354** | | - | on/around 2/27/2015 <br><br>**Trade Debt** <br>**Spec Projects:2460 Crestmont Pl W** | | | | **Unknown** |
| Account No. <br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | |

Sheet no. **10** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br>(Total of this page) | **4,932.14** |
| Total <br>(Report on Summary of Schedules) | **74,663.19** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re  **Build Modern Inc.** _____,  Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ally Auto**<br>**PO Box 78234**<br>**Phoenix, AZ 85062-8234** | **Acct No. 024924140609 - lease of 2015 Tesla.**<br>**$95,087.00 owing on lease** |
| **Ally Auto**<br>**PO Box 78234**<br>**Phoenix, AZ 85062-8234** | **Acct No. 611920820797 - lease of 2013 Chev.**<br>**Silverado.  $1,855.04 owing on lease** |
| **Ally Auto**<br>**PO Box 78234**<br>**Phoenix, AZ 85062-8234** | **Acct No. 611921782747 - lease of 2015 GMC**<br>**Arcadia.  $12,809.72 owing on lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

360 MODERN, LLC
C/O KTC SERVICE CORP.
701 5TH AVENUE, STE. 3300
SEATTLE, WA 98104


ADVANCED DITCHING & EXCAVATION
C/O RON WIRTZ
1031 12TH AVENUE NORTH
EDMONDS, WA 98020


ALKI LUMBER AND HARDWARE CO.
4422 36TH AVE. SW
PO BOX 16345
SEATTLE, WA 98116


ALLY AUTO
PO BOX 78234
PHOENIX, AZ 85062-8234


ATLAS CONSTRUCTION SPECIALTIES
PO BOX 1245
SUMNER, WA 98390


AVID LANDSCAPE DESIGN & DEV.
1413 N 136TH ST.
SEATTLE, WA 98133


BAAN DESIGN
1541 MAGNOLIA BLVD
SEATTLE, WA 98199


BETTER BUILDINGS LLC
21400 13TH AVE. S
SEATTLE, WA 98198


CHRISTOPFEL, ROBERT A CPA
85 S MAIN ST.
SEATTLE, WA 98104


CITADEL ELECTRIC LLC
39124 SE EPSILON ST.
SNOQUALMIE, WA 98065

```
CITY OF SEATTLE
ATTN: THOMAS M. A. CASTAGNA
701 FIFTH AVENUE, SUITE 2050
SEATTLE, WA 98104-7097


CITY OF SEATTLE DPD
700 FIFTH AVE., STE. 2000
SEATTLE, WA 98104


CITY OF SEATTLE SDOT
700 FIFTH AVENUE, SUITE 3800
SEATTLE, WA 98104


CONVOY SUPPLY INC.
5804 204TH ST. SW
LYNNWOOD, WA 98036


DUNN LUMBER CO. INC.
PO BOX 45550
SEATTLE, WA 98145


EVERETT CONCRETE CUTTING INC
PO BOX 1751
SUMNER, WA 98390


EVERETT STEEL INC.
PO BOX 776
EVERETT, WA 98206


EVERGREEN CONCRETE CUTTING INC
767 VALENTINE AVE SE
PACIFIC, WA 98047


FROST CONSTRUCTION
3232 32ND AVE W
SEATTLE, WA 98199


FRUHLING, INC.
754 NE 175TH ST.
KENMORE, WA 98028


GARVEY SCHUBERT BARER
1191 SECOND AVENUE, STE. 1800
SEATTLE, WA 98101
```

GOLDFINCH BROS., INC.
2812 RUCKER AVE.
EVERETT, WA 98201


GRATING PACIFIC LLC
19411 66TH AVE S
KENT, WA 98032


HANSON & SONS
PO BOX 244
SNOHOMISH, WA 98291


HERTZ EQUIPMENT RENTAL
PO BOX 650280
DALLAS, TX 75265


HONEY BUCKET
PO BOX 73399
PUYALLUP, WA 98373


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVICES
ATTN: CHIEF, SPECIAL PROCEDURE
915 SECOND AVENUE, M/S W244
SEATTLE, WA 98174


KELLY BYRNE & JACQUELINE BYRNE
2206 EASTMONT WAY W
SEATTLE, WA 98199


KENCO OF WASHINGTON, INC.
PO BOX 2230
ISSAQUAH, WA 98027


KING COUNTY TREASURY
ATTN: LINDA CRANE NELSEN
500 4TH AVE #600
SEATTLE, WA 98104

LIBERTY MUTUAL INSURANCE CO
PO BOX 85834
SAN DIEGO, CA 92186


MARILYN'S RECYCLE INC
18525 W SNOQ. RIVER RD NE
DUVALL, WA 98019


NORTHERN INVESTORS CO.
PO BOX 33610
SEATTLE, WA 98133


NORTHWEST CASCADE
PO BOX 73399
PUYALLUP, WA 98373


NORTHWEST MECHANICAL INC.
3204 NE 145TH STREET
SEATTLE, WA 98155


PFV I, LLC
1420 FIFTH AVENUE, STE. 4100
SEATTLE, WA 98101


PLYWOOD SUPPLY INC.
PO BOX 82300
KENMORE, WA 98028


RALPH'S CONCRET PUMPING INC
1529 RANIER AVE. S
SEATTLE, WA 98144


RH WINTERS CO. INC.
1422 NW 85TH ST.
SEATTLE, WA 98117


RICK WARD
2655 38TH AVE. W
SEATTLE, WA 98199


RIGHT WAY PLUMBING LLC
PO BOX 66712
SEATTLE, WA 98166

ROCK QUALITY CONSTRUCTION INC
16541 REDMOND WAY, PMB 136
REDMOND, WA 98052


ROOF DOCTORS
PO BOX 48321
SEATTLE, WA 98166


SALMON BAY SAND & GRAVEL CO
PO BOX 70328
SEATTLE, WA 98127


SEATTLE CITY LIGHT
ATTN: DEPT. OF FINANCE
PO BOX 34027
SEATTLE, WA 98124


SEATTLE PUBLIC UTILITIUES
ATTN: DEPT. OF FINANCE
PO BOX 34016
SEATTLE, WA 98124


SEATTLE RECYCLE & DISPOSAL


SHERWIN WILLIAMS
1436 LEARY AVE. NW
SEATTLE, WA 98107


SPORE ARCHITECTURE
810 3RD AVE. STE. 120
SEATTLE, WA 98104


SWENSON SAY FAGET INC
2124 THIRD AVE., STE. 100
SEATTLE, WA 98121


TACOMA SCREW PRODUCTS INC
2001 CENTER STREET
TACOMA, WA 98409


TAYLOR METAL, INC.
4566 RIDGE DR. NE
SALEM, OR 97301

```
TERRY GASTON EXCAVATING
31665 MILITARY ROAD SO.
AUBURN, WA 98001


UNITED STATES ATTORNEY
ATTN: BANKRUPTCY ASSISTANT
US COURTHOUSE
700 STEWART ST, RM 5220
SEATTLE, WA 98101


VALLEY CONSTRUCTION SUPPLY INC
PO BOX 1179
MILTON, WA 98354


WA STATE DEPT. OF  L & I
BANKRUPTCY & SPECIALTY COLLECT
P.O. BOX 44171
OLYMPIA, WA 98504-4170


WA STATE DEPT. OF REVENUE
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121


WA STATE EMPLOYMENT SECURITY
DEPARTMENT, UI TAX ADMIN
P.O. BOX 9046
OLYMPIA, WA 98507-9046


WA. STATE - ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE. STE #2000
SEATTLE, WA 98104
```